**Writ of Mandamus is Denied; Opinion Filed July 11, 2013.**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00911-CV**

**IN RE CALVIN ERVIN MCNAC, Relator**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F03-71678-T**

**MEMORANDUM OPINION**

Before Justices O'Neill, Lang-Miers, and Evans
Opinion by Justice Evans

Relator contends the trial court violated a ministerial duty by not ruling on his motion for appointment of counsel. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Simon v. Levario*, 306 S.W.3d 318, 320-21 (Tex. Crim. App. 2009) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

/David Evans/
DAVID EVANS
JUSTICE

130911F.P05